ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS #890149
Assistant Attorney-in-Charge
CHRISTINA L. BEATTY-WALTERS #981634
Assistant Attorney General
JESSICA SPOONER  #105919
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (503) 947-4700
Tel: (971) 673-1880
Fax: (971) 673-5000
Email:   marc.abrams@doj.state.or.us
         Tina.BeattyWalters@doj.state.or.us
         jessica.spooner@doj.state.or.us
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN ARTHUR LATULIPPE, M.D., | Case No.   3:21-cv-00090-HZ |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| v. | |
| KATHLEEN HARDER, in her official capacity as Chair of the Oregon Medical Board; SAURABH GUPTA, in her official capacity as Vice Chair of the Oregon Medical Board; ERIN CRAMER, in her official capacity as Secretary/Physician Assistant Member of the Oregon Medical Board; ROBERT M. CAHN, in his official capacity as a member of the Oregon Medical Board; JAMES K. LACE, in his official capacity as a member of the Oregon Medical Board; CHARLOTTE LIN, in her official capacity as a member of the Oregon Medical Board; PATTI LOUIE, in her official capacity as a member of the Oregon Medical Board; JENNIFER L. LYONS, in her official capacity as a member of the Oregon Medical Board; | |

Page 1 -   NOTICE OF WITHDRAWAL
JS/rrc/ 43436200

ALI MAGEEHON, in her official capacity as
a member of the Oregon Medical Board;
CHERE PEREIRA, in her official capacity as
a member of the Oregon Medical Board;
CHRISTOFFER POULSEN, in his official
capacity as a member of the Oregon Medical
Board; ANDREW SCHINK, in his official
capacity as a member of the Oregon Medical
Board; JILL SHAW, in her official capacity as
a member of the Oregon Medical Board,

Defendants.

Defendants hereby give notice that Jessica Spooner is no longer counsel of record in this

proceeding. Marc Abrams, Senior Assistant Attorney General, continues as lead counsel. The

address for the receipt of all correspondence and pleadings remains the same.

DATED August __18__, 2021.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_____ s/ Jessica Spooner _____
MARC ABRAMS #890149
Assistant Attorney-in-Charge
CHRISTINA L. BEATTY-WALTERS #981634
Assistant Attorney General
JESSICA SPOONER #105919
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Tel (503) 947-4700
Fax (503) 947-4791
Marc.Abrams@doj.state.or.us
Jessica.Spooner@doj.state.or.us
Tina.BeattyWalters@doj.state.or.us
Of Attorneys for Defendants

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791